FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VITALIY ILNITSKIY; and ALINA ILNITSKIY, husband and wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | No. 2:22-CV-00322-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties Stipulated Motion and [Proposed] Order of Dismissal, ECF No. 42. Plaintiffs are represented by Denise Chen, Isaac Ruiz, and Kathryn Knudsen. Defendant is represented by Matthew Adams and Kara Tredway. The motion was considered without oral argument.

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties request the Court dismiss the above-captioned case with prejudice and without an award of fees or costs. The Court grants the motion.

//
//
//
//
//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties Stipulated Motion and [Proposed] Order of Dismissal, ECF No. 42, is **GRANTED**.

2. The above-captioned case is **DISMISSED with prejudice** and without an award of attorney's fees or costs to either party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 12th day of August 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2